Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  19−25065−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick J Bazanka
   339 Montana Avenue
   Hamilton, NJ 08619

Social Security No.:
   xxx−xx−9127

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/16/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 17, 2020
JAN: rms

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                               Case No. 19-25065-MBK
Dominick J Bazanka                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db             +Dominick J Bazanka,    339 Montana Avenue,    Hamilton, NJ 08619-2843
518388702       Hamilton Pediatric Associates PC,    3 Hamilton Health Place, Suite A,    Trenton, NJ 08690-3542
518430961      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518479838      +Lakeview Loan Servicing, LLC,    PO BOX 840,    Buffalo, NY 14240-0840
518388706      +MRS BPOI LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518388708       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518388709      +Santander Bank NA,    PO Box 841002,    Boston, MA 02284-1002
518388710       Santander Bank NA,    Mail Code 10-421-CN2,    Po Box 12646,    Reading, PA 19612-2646
518451408      +Santander Bank, N.A.,    450 Penn Street, Mail Code: 10-421-MC3,    Reading, PA 19602-1011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Jan 18 2020 04:58:00      BMW Bank of North America,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518397053      +EDI: AISACG.COM Jan 18 2020 04:58:00      BMW Bank of North America,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518388701       EDI: BMW.COM Jan 18 2020 04:58:00      BMW Financial Services,    Regional Service center,
                 PO Box 3608,    Dublin, OH 43016-0306
518418792       EDI: BMW.COM Jan 18 2020 04:58:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH  43016
518475480       EDI: BL-BECKET.COM Jan 18 2020 04:58:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518388700       EDI: IRS.COM Jan 18 2020 04:58:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518388703      +EDI: CHASE.COM Jan 18 2020 04:58:00      JPMCB Card Services,    Box 15369,
                 Wilmington, DE 19850-5369
518388704      +E-mail/Text: bncnotices@becket-lee.com Jan 18 2020 00:23:57      KOHLS DEPARTMENT STORE,
                 PO BOX 3115,    Milwaukee, WI 53201-3115
518388705       E-mail/Text: camanagement@mtb.com Jan 18 2020 00:24:30      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
518388707       EDI: PRA.COM Jan 18 2020 04:58:00      PORTFOLIO RECOVERY Assoc,    120 CORPORATE BLVD STE 100,
                 Norfolk, VA 23502
518504266       EDI: PRA.COM Jan 18 2020 04:58:00      Portfolio Recovery Associates, LLC,    c/o Cabela's Club,
                 POB 41067,    Norfolk VA 23541
518482895      +EDI: AIS.COM Jan 18 2020 04:58:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Jan 17, 2020
                              Form ID: 148               Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz     on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              Mark K. Smith     on behalf of Debtor Dominick J Bazanka markksmithlaw@aol.com,   Romasmith@aol.com
              Rebecca Ann Solarz     on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```